IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| THOMAS HADEL<br>  *Plaintiff* | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. 3:23-cv-115<br>JURY REQUESTED |
| OLIVIA MORRIS AND DAVID MORRIS<br>  *Defendants* | §<br>§ | |

## DEFENDANT OLIVIA MORRIS'S NOTICE OF REMOVAL

Defendant Olivia Morris files her Notice of Removal, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and shows this Court the following.

### The State Court Action

1. Plaintiff Thomas Hadel filed his Original Petition on April 3, 2023, in the 122nd District Court for Galveston County bearing the style: Cause No.: 23-CV-0532, *Thomas Hadel v. Olivia Morris and David Morris* ("State Court Action" or "Plaintiff's Original Petition") (Ex. B). Under 28 U.S.C. § 1446(a), removal to this Court is proper, as Galveston County lies in this District and Division.

### Diversity of Citizenship

2. Plaintiff is now, and was at the time of filing of the State Court Action, an individual and a resident and citizen of Louisiana. (Ex. B, Plaintiff's Original Petition at **II. PARTIES, JURISDICTION, AND VENUE**, ¶ 2.

3. Defendant Olivia Morris is now, and was at the time of filing of the State Court Action, an individual and a resident and citizen of Connecticut. *Id.* at ¶ 3. Defendant Olivia Morris has accepted service.

4. Defendant David Morris is now, and was at the time of filing of the State Court

Action, an individual and a resident of Texas. *Id.* at ¶ 4. According to the records in the State Court Action, David Morris has not yet been served.

5. Plaintiff and each defendant are diverse from one another.

### Amount in Controversy

6. Plaintiff alleges damages for an unspecified amount between $100,000 and $150,000. *Id.* at **V. DAMAGES**, ¶ 30. Thus, the minimum amount in controversy requirement of $75,000 is met for removal purposes.

7. Furthermore and alternatively, Plaintiff requests a declaratory judgment on a Marine Insurance Policy that is governed by United States federal admiralty law and maritime law and concerns a boating collision that occurred on navigable waters.

### Timeliness

8. Defendant Olivia Morris accepted service of the State Court Action today and filed this Notice of Removal immediately thereafter. This Notice of Removal is, thus, filed within 30 days after service in compliance with 28 U.S.C. § 1446(b).

9. According to records in the State Court Action, Defendant David Morris has not yet been served. This Notice of Removal is therefore also timely filed in the snap-removal window. *See, e.g.,* 28 U.S.C. § 1441(b)(2); *In re Levy,* 52 F.4th 244 (5th Cir. 2022); *Texas Brine Co. v. American Arbitration Ass'n,* 955 F.3d 482, 486-87 (5th Cir. 2020).

### Propriety of Removal

10. The State Court Action is one which may be removed to this Court by Defendant Olivia Morris and over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, because diversity of citizenship exists between Plaintiff and each Defendant, the amount in controversy exceeds $75,000.00, exclusive of interest and costs, and the local Defendant has not yet

been served.

11. Pursuant to 28 U.S.C. § 1446(a), Defendant has attached hereto an Index of Documents of all pleadings, process, orders, and other filings filed in State Court Action, which include the following:

- Ex. A, State Court Docket Sheet;
- Ex. B, Plaintiff's Original Petition (4/3/2023);
- Ex. C, Citation for Olivia Morris (4/4/2023)

12. Defendant will promptly file a copy of this Notice of Removal with the Clerk of the state court where the action has been pending.

13. On the date of this filing, Defendant served upon all counsel a copy of the "Defendant's Notice of Removal of Civil Action."

### Request for Hearing and Jurisdictional Discovery

14. If Plaintiff contests this removal, Defendant requests:

   (a) a hearing regarding this Court's jurisdiction over, and the propriety of removal of this matter; and

   (b) leave to conduct limited discovery related to issues surrounding the existence of diversity jurisdiction.

For the above reasons, Defendant Olivia Morris requests that this Court accept removal of the State Court Action from the 122nd District Court of Galveston County, Texas and grant her any other relief to which she may be entitled.

Respectfully submitted,

**COX P.L.L.C.**

/s/ Tracy Freeman
Tracy Freeman
Texas Bar No. 00793757
Blanca Lee
Texas Bar No. 24056410
2200 Post Oak, Suite 1550
Houston, Texas 77056
(214) 444-7050 – telephone
(469) 340-1884 – facsimile
tfreeman@coxpllc.com
blee@coxpllc.com
*Attorneys for Defendant, Olivia Morris*

## **CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record are being served with a copy of this document via the Court's CM/ECF system on the 18th day of April, 2023. A true and correct copy of the foregoing Defendant's Notice of Removal was served upon counsel of record in compliance with the Federal Rules of Civil Procedure by e-service, e-mail, certified mail, return receipt requested, telephonic communications, hand delivery and/or U.S. Mail on this the 18th day of April, 2023.

/s/ Tracy Freeman
Tracy Freeman