United States District Court
Southern District of Texas
**ENTERED**
July 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| THOMAS HADEL, | § § § § | |
| Plaintiff, | § § | |
| VS. | § § § | 3:23-cv-115 |
| OLIVIA MORRIS and DAVID MORRIS, | § § § § | |
| Defendants. | § | |

# **FINAL JUDGMENT**

Pursuant to the court's order, Dkt. 28, entered in this case granting the defendants' motion for summary judgment, Dkt. 25, it is ordered that this case is dismissed with prejudice.

**THIS IS A FINAL JUDGMENT.**

All pending motions are denied as moot.

The clerk will provide copies of this judgment to the parties.

Signed on Galveston Island this 12th day of July, 2024.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE